# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____  )
                                     )
**BUZZFEED, INC., AND BEN SMITH,**   )
                                     )
    **Plaintiffs,**                 )
                                     )
    v.                             )  Case No. 1:17-mc-02429 (APM)
                                     )
**DEPARTMENT OF JUSTICE et al.,**    )
                                     )
    **Defendants.**                 )
_____  )

## NOTICE OF DISCLOSURE

In this matter, Petitioners Buzzfeed, Inc., and Ben Smith seek to compel disclosure of records from various government agencies concerning the so-called "Trump Dossier" ("Dossier"). *See* Petitioners' Mot. to Compel, ECF No. 1. In light of the subject matter of this litigation, I am compelled to make the following disclosure for the parties' consideration.

As the parties are aware, a strategic intelligence firm, Fusion GPS, was hired to conduct research on then-candidate Donald Trump's qualifications for public office and his ties to Russia. *See* Fusion GPS's Mem. of Points & Authorities, *In re Third Party Subpoena to Fusion GPS*, No. 17-mc-2171 (D.D.C.), ECF No. 1-2, at 1. That engagement resulted in the Dossier. *Id.* My former law firm, Zuckerman Spaeder LLP, represents Fusion GPS in matters relating to the Dossier. *See id*. at 17. Additionally, my wife presently is a partner at Zuckerman Spaeder.

I left Zuckerman Spaeder upon taking the bench in January 2015, and I have no reason to believe that the firm represented Fusion GPS in connection with any matter, including the Dossier, during my time there. Indeed, according to a recent filing by Fusion GPS, the Dossier was prepared

in 2016, at least one year after I departed the firm. *See id.* at 1. My wife does not work on the Fusion GPS matter, and I possess no non-public information about Fusion GPS or the Dossier.

Finally, I note that I personally know one of Plaintiffs' counsel of record, Katherine Bolger of Davis Wright Tremaine, LLP. Ms. Bolger and I worked jointly on a matter when I was in practice. That matter did not concern Buzzfeed or Mr. Smith.

In light of the foregoing, I shall refrain from issuing any further orders or taking any additional action in this matter until the parties have had the opportunity to consider this disclosure under 28 U.S.C. § 455. If either party believes my recusal is warranted under that statute, the party should so notify me no later than November 29, 2017. To be clear, the party need not file a motion for recusal by that date; it need only indicate its view that Section 455 requires my recusal in this matter. If neither party so indicates by November 29, 2017, I will treat the parties' silence as a waiver under 28 U.S.C. § 455(e).

Dated: November 22, 2017

Amit P. Mehta
United States District Judge