UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| BUZZFEED, INC. and BEN SMITH,<br>   Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF JUSTICE, FEDERAL BUREAU OF INVESTIGATION, OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE, JAMES COMEY, and JAMES CLAPPER,<br>   Defendants. | Case No. 1:17-mc-02429-APM |

### NOTICE OF SUPPLEMENTAL INFORMATION

BuzzFeed, Inc. and Ben Smith (together, "Plaintiffs") respectfully submit two recently declassified government documents and a recent official statement by the Ranking Member of the Senate Judiciary Committee responding to these two declassified documents for this Court's consideration in connection with Plaintiffs' Motion to Compel (Dkt. No. 1). The materials supplement the exhibits contained in the Declaration of Nathan Siegel filed in support of Plaintiffs' motion to compel and were all created after the briefing on this motion was concluded.

On February 2, 2018, Republican members of the U.S. House Permanent Select Committee on Intelligence (HPSCI), led by HPSCI Chairman Devin Nunes, released a memorandum related to the use of the Dossier in connection with applications by the DOJ and FBI for a FISA warrant for Carter Page, a former advisor to President Donald J. Trump (the "Nunes Memo"). A true and correct copy of the Nunes Memo, which was declassified for public release by President Trump, is attached hereto as **Exhibit A**.

On February 5, 2018, Senators Charles Grassley and Lindsey Graham released a declassified, redacted version of a letter that they had previously sent to Deputy Attorney

1

General Rod J. Rosenstein, referring Christopher Steele, the creator of the memoranda in the Dossier, to the DOJ for potential violations of 18 U.S.C. § 1001 (the "Grassley/Graham Letter"). A true and correct copy of the Grassley/Graham Letter is attached hereto as **Exhibit B**.

On February 9, 2018, Senate Judiciary Committee Ranking Member Dianne Feinstein released an unclassified analysis "identifying the flaws in" the Grassley/Graham Letter (the "Feinstein Rebuttal"). A true and correct copy of the Feinstein Rebuttal is attached hereto as **Exhibit C**.

Dated: February 12, 2018                    Respectfully submitted,

                                            /s/ Nathan Siegel

                                            Nathan Siegel
                                            Katherine M. Bolger
                                            Adam Lazier
                                            Alison Schary
                                            DAVIS WRIGHT TREMAINE LLP
                                            1919 Pennsylvania Avenue NW, Suite 800
                                            Washington, D.C. 20006
                                            Tel.: (202) 973-4200
                                            Fax: (202) 973-4499
                                            nathansiegel@dwt.com
                                            katebolger@dwt.com
                                            adamlazier@dwt.com
                                            alisonschary@dwt.com

                                            *Counsel for Plaintiffs*