**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

BUZZFEED, INC. and BEN SMITH,

                  *Plaintiffs*,

        v.

U.S. DEPARTMENT OF JUSTICE,
FEDERAL BUREAU OF INVESTIGATION,
OFFICE OF THE DIRECTOR OF
NATIONAL INTELLIGENCE, JAMES
COMEY, and JAMES CLAPPER,

                  *Defendants*.

Case No. 1:17-mc-02429-APM

**DEFENDANTS' NOTICE OF LODGING OF**
**CLASSIFIED *EX PARTE*, *IN CAMERA* DECLARATION**

Pursuant to the Court's Minute Orders of February 16, 2018, and March 1, 2018, the Government Respondents in the above-captioned action hereby provide notice that this afternoon they have lodged with the Court a declaration classified SECRET for the Court's *ex parte*, *in camera* review. This classified declaration is submitted in further support of their assertion of the law enforcement privilege in the Government's Opposition to Plaintiffs' Motion to Compel. *See* ECF No. 8.

Respectfully submitted this 19th day of March, 2018,

        CHAD A. READLER
        Acting Assistant Attorney General

        JACQUELINE COLEMAN SNEAD
        Assistant Branch Director

        */s/ Anjali Motgi*
        ANJALI MOTGI (TX Bar # 24092864)
        Trial Attorney
        United States Department of Justice
        Civil Division, Federal Programs Branch

20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
(202) 305-0879 (tel.)
(202) 616-8470 (fax)
anjali.motgi@usdoj.gov

*Counsel for Defendants*